GLORIA SCHMALENBERGER et al., Appellants, v. TOWN OF BROOKHAVEN, Respondent

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.